**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In Re: | **Carmen Reshun Bankston**<br>340 Victoria Lane<br>Stockbridge, GA 30281<br><br>**xxx–xx–3734**<br><br>Debtor(s) | )<br>)  Case No.: **20–71714–lrc**<br>)  Chapter:  **7**<br>)<br>)<br>) |

## ORDER VACATING ORDER

On November 17, 2020, the Clerk issued an order entitled Order Setting Deadlines for Debtor to Correct Filing Deficiency(ies) in error. The Order did not identify the correct deficient documents. Accordingly, it is hereby

ORDERED that the Order Setting Deadlines for Debtor to Correct Filing Deficiency(ies) entered November 17, 2020 is hereby *VACATED* in its entirety. A new order regarding the new petition filing deficiencies will be entered.

The Clerk is directed to serve a copy of this Order upon Debtor, Debtor's Counsel, if any, the Trustee, and any parties in interest.

SO ORDERED, ON November 17, 2020.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: November 17, 2020

Form orvacor –11/2016