**IT IS ORDERED as set forth below:**

**Date: November 18, 2020**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| **IN THE MATTER OF:** | : | **CASE NUMBER** |
|---|---|---|
|  | : |  |
| CARMEN RESHUN BANKSTON, | : | 20-71714-LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**ORDER TO SUPPLEMENT DEBTOR'S APPLICATION
FOR WAIVER OF THE CHAPTER 7 FILING FEE**

On November 13, 2020, the Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application") (Doc. 5).  The Court cannot adequately evaluate the Application because the Debtor has not filed each of the documents required by section 521 of the Bankruptcy Code.  On November 17, 2020, the Clerk entered and served the Debtor with an Order Setting Deadline(s) for Debtor to Correct Filing Deficiency(ies) (the

"Deficiency Order") listing the required documents (Doc. 11). Accordingly, it is hereby

**ORDERED** that, on or before **November 27, 2020**, the Debtor is directed to file all missing documents as specified in the Deficiency Order, including Schedules I & J. If these documents are not filed within the time allowed, the Application for Waiver of Chapter 7 Filing Fee may be denied.

The Debtor is further reminded that the Debtor is required to file a list of creditors by **November 24, 2020**, as stated in the Order Regarding the List of Creditors for a Case Filed in Paper Format (Doc. 8) entered by the Court on November 17, 2020. Failure to file the list of creditors by **November 24, 2020**, may result in dismissal of the Debtor's case.

The Clerk is directed to serve a copy of this order upon the Debtor, the Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**