UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  
Carmen Reshun Bankston,

CASE NO. 20-71714-LRC

CHAPTER 7

Debtor(s).

**NOTICE TO LANDLORD/LESSOR CONCERNING APPLICABILITY OF EXCEPTION TO AUTOMATIC STAY PROVIDED UNDER 11 U.S.C. § 362(b)(22)**

Debtor or Debtors (hereinafter "Debtor") in this case has identified you as a Landlord/Lessor who has obtained a judgment for possession of residential property in which Debtor resides as a tenant. In accordance with 11 U.S.C. § 362(l)(4)(B) you are hereby notified that the exception to the automatic stay as provided under 11 U.S.C. § 362(b)(22) may be applicable because:

1.
   - ☐ Debtor has not filed a certification that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, or

   - ☒ Debtor has not filed a certification that Debtor(s) has deposited with the Court the rent that would become due during the 30-day period after the filing of the petition; or

   - ☒ Debtor has not made the appropriate deposit with the Court.

2.
   - ☐ Debtor has not filed a certification that Debtor has cured, under nonbankruptcy law applicable in this jurisdiction, the entire monetary default that gave rise to the judgment under which possession is sought by the Landlord/Lessor.

Where applicable, certified copies of the case docket and/or certification are enclosed. This Notice will be served upon Landlord/Lessor and Debtor and their counsel, if any.

Dated: November 19, 2020

M. REGINA THOMAS, Clerk of Court

United States Bankruptcy Court
75 Ted Turner Drive, SW, Room 1340
Atlanta, GA 30303

Notice to Landlord - 02/2016

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 20-71714-lrc

*Assigned to:* Judge Lisa Ritchey Craig
Chapter 7
Voluntary
No asset

*Date filed:* 11/13/2020
*341 meeting:* 12/22/2020
*Deadline for Objecting to Discharge:* 02/22/2021
*Deadline for financial mgmt. course:* 02/05/2021

*Debtor*
**Carmen Reshun Bankston**
340 Victoria Lane
Stockbridge, GA 30281
HENRY-GA
SSN / ITIN: xxx-xx-3734
*aka* **Chiquita Reshun Bankston**
*aka* **Chiquita Reshun Weedon**

represented by **Carmen Reshun Bankston**
PRO SE

*Trustee*
**John Lewis, Jr.**
John Lewis, Chapter 7 Trustee
Shook, Hardy & Bacon, LLP
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309
(470) 867-6003


Filed in Clerk's Office and a true copy certified this __ day of Nov., 2020
M. REGINA THOMAS, CLERK
By: /s/ H. Williams
Deputy Clerk

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437

| Filing Date | # | Docket Text |
|---|---|---|
| 11/13/2020 | 1 (10 pgs) | Case Opened and Voluntary Petition Filed. (rfs) Additional attachment(s) added on 11/13/2020 (ojj). |
| 11/13/2020 | 2 (1 pg) | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Carmen Reshun Bankston . (ojj) |
| 11/13/2020 | 3 (1 pg) | Pro Se Affidavit filed by Carmen Reshun Bankston . (ojj) |
| 11/13/2020 | 4 (1 pg) | Payment Advices of Debtor, filed by Carmen Reshun Bankston . (ojj) |

| | | |
|---|---|---|
| 11/13/2020 | 🅔 ◉ 5 (3 pgs) | Application for Waiver of Chapter 7 Filing Fee filed by Carmen Reshun Bankston . (ojj) |
| 11/13/2020 | ◉ 6 (1 pg) | Initial Statement About an Eviction Judgment Against You filed by Carmen Reshun Bankston . (ojj) |
| 11/13/2020 | ◉ | Receipt of Chp 7 Installment filing fee. Receipt Number 1263244. Fee Amount $0.00. Paid by Carmen Reshun Bankston. |
| 11/17/2020 | ◉ 7 (2 pgs) | Notice of Meeting of Creditors (Chapter 7 - Individual - No Asset). Telephonic 341 Meeting to be held on 12/22/2020 at 11:10 AM (See notice for telephonic call-in information (Ch. 7 Lewis)). Objections for Discharge due by 02/22/2021. Financial Management Course due: 02/05/2021. (Admin.) |
| 11/17/2020 | ◉ 8 (1 pg) | Order Regarding the List of Creditors with deficiencies noted. Failure to comply will result in dismissal of case without further notice. Service by BNC. List of all creditors due 11/24/2020. Entered on 11/17/2020. (kdh) |
| 11/17/2020 | ◉ 9 (1 pg) | [ENTERED IN ERROR - See Doc. 10 Below.] Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Statement of Financial Affairs due 11/27/2020. Schedule(s) due by 11/27/2020. Declaration About Debtors Schedules (B106) due 11/27/2020. Summary of Assets and Liabilities due 11/27/2020. Statement of Income and, if applicable, Means Test Calculation Form due: 11/27/2020. Credit Counseling Certificate due 11/27/2020.Statement of Intention due 12/14/2020. (kdh) Modified on 11/17/2020 (kmw). |
| 11/17/2020 | ◉ 10 (1 pg) | Order Vacating Order Setting Deadlines for Debtor to Correct Filing Deficiency(ies). Entered on 11/17/2020. (related document(s)9) (kmw) |
| 11/17/2020 | ◉ 11 (1 pg) | Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Service by BNC. Statement of Financial Affairs due 11/27/2020. Schedule(s) due by 11/27/2020. Declaration About Debtors Schedules (B106) due 11/27/2020. Summary of Assets and Liabilities due 11/27/2020. Statement of Income and, if applicable, Means Test Calculation Form due: 11/27/2020. Credit Counseling Certificate due 11/27/2020.Statement of Intention due 12/14/2020. (kdh) |

In re: 20-71714
Carmen Reshun Bankston

## CERTIFICATE OF MAILING

I certify that on November 19, 2020 I served a copy of the Notice to Landlord/Lessor Concerning Applicability of Exception to Automatic Stay on the parties at the addresses shown below by United States Mail.

| | |
|---|---|
| Gleaton & Associates<br>For Terri Gleaton<br>5 Gresham Landing<br>Stockbridge, GA 30281 | Carmen Bankston<br>340 Victoria Lane<br>Stockbridge, GA 30281 |

M. REGINA THOMAS, Clerk of Court

By: *H. Williams*

Kimberly M. Williams, Deputy-in-Charge,
Newnan Division