Filed in U.S. Bankruptcy Court
Atlanta, Georgia

NOV 2 0 2020

By: *[signature]*
M. Regina Thomas, Clerk
Deputy Clerk

Certificate Number: 12459-GAN-CC-035107303

12459-GAN-CC-035107303

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 20, 2020</u>, at <u>11:15</u> o'clock <u>AM PST</u>, <u>Carmen Bankston</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of Georgia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>November 20, 2020</u>        By:   <u>/s/Fatima Munekata</u>

                                       Name:  <u>Fatima Munekata</u>

                                       Title:  <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).