# LIST OF CREDITORS

The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed.

Guidelines:
- Creditor name and mailing address ONLY
- Enter one creditor per box
- Creditor's name must be on the first line
- City, state and zip code must be on the last line
- No more than five lines of information per creditor
- Do NOT include: account numbers, phone numbers or amounts owed

| | |
|---|---|
| Gleaton + Associates Incor. For Terri Gleaton 5 Gresham Landing Suite C Stockbridge, GA 30281 | I.C. System A.T.T. U Verse P.O. Box 64378 Saint Paul, MN 55164 |
| Discover Financial Svcs. P.O. Box 15316 Wilmington, DE 19850 | I.C. System Infinite Energy INC P.O. Box 64378 Saint Paul, MN 55164 |
| National Credit Systems → 09 Clover Ranch Manufactured ~~Banggood come~~ CB | National Credit System P.O. Box 312125 Atlanta, GA 31131 |
| Wakefield + Associates Primary Care Physician 7005 Middlebrook Pike, Knoxville, TN 37909 | AR Resources INC P.O. Box 1056 Blue Bell, PA 19422 |
| Franklin Collection Svc. (AT+T) 135 S. Front Street Tupelo, MS 36604 | Filed in U.S. Bankruptcy Court Atlanta, Georgia NOV 2 0 2020 By: M. Regina Thomas, Clerk Deputy Clerk |
| LTD Acquisition LLC. The Bank of Missouri (Total VSE) 3200 Wilcrest Drive Houston, TX 77074 | |
| Car Max Auto Finance ~~Samsbacon LLP CB~~ 225 Chastain Meadows Ct. Kennesaw, GA 30144 | |