**IT IS ORDERED as set forth below:**

**Date: November 18, 2020**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
|  | : |  |
| CARMEN RESHUN BANKSTON, | : | 20-71714-LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

### ORDER TO SUPPLEMENT DEBTOR'S APPLICATION
### FOR WAIVER OF THE CHAPTER 7 FILING FEE

On November 13, 2020, the Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application") (Doc. 5). The Court cannot adequately evaluate the Application because the Debtor has not filed each of the documents required by section 521 of the Bankruptcy Code. On November 17, 2020, the Clerk entered and served the Debtor with an Order Setting Deadline(s) for Debtor to Correct Filing Deficiency(ies) (the

"Deficiency Order") listing the required documents (Doc. 11). Accordingly, it is hereby

**ORDERED** that, on or before **November 27, 2020**, the Debtor is directed to file all missing documents as specified in the Deficiency Order, including Schedules I & J. If these documents are not filed within the time allowed, the Application for Waiver of Chapter 7 Filing Fee may be denied.

The Debtor is further reminded that the Debtor is required to file a list of creditors by **November 24, 2020**, as stated in the Order Regarding the List of Creditors for a Case Filed in Paper Format (Doc. 8) entered by the Court on November 17, 2020. Failure to file the list of creditors by **November 24, 2020**, may result in dismissal of the Debtor's case.

The Clerk is directed to serve a copy of this order upon the Debtor, the Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**

United States Bankruptcy Court

Northern District of Georgia

In re:  
Carmen Reshun Bankston  
    Debtor(s)

Case No. 20-71714-lrc  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: sls | Page 1 of 1 |
| Date Rcvd: Nov 19, 2020 | Form ID: pdf492 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

**Recip ID**    **Recipient Name and Address**  
db    + Carmen Reshun Bankston, 340 Victoria Lane, Stockbridge, GA 30281-5898

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

**Name**    **Email Address**

John Lewis, Jr.  
    Johnlewistrustee@gmail.com;ecf.alert+Lewis@titlexi.com

Office of the United States Trustee  
    ustpregion21.at.ecf@usdoj.gov

TOTAL: 2