**IT IS ORDERED as set forth below:**

**Date: December 3, 2020**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
|  | : |  |
| CARMEN RESHUN BANKSTON, | : | 20-71714-LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

### ORDER DENYING APPLICATION
### FOR WAIVER OF FILING FEE

Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application") (Doc. No. 5). In a prior order entered November 19, 2020 (Doc. No. 12) (the "Order"), the Court directed Debtor to supplement the Application. The Order also notified Debtor that the failure to comply on or before November 27, 2020, may result in the denial of the Application without further hearing.

Debtor has failed to supplement the Application as requested. In accordance with the

Order,

IT IS HEREBY ORDERED that the Application is **DENIED**; however, to allow Debtor an opportunity to pay the filing fee, it is further

ORDERED that Debtor shall either (1) pay the Chapter 7 filing fee in full within ten (10) days of the date of the entry of this order, or (2) begin making installment payments as follows:

$75.00 on or before 10 days from the date of the entry of this order.

$130.00 on or before 30 days from the date of the entry of this order.

$130.00 on or before 60 days from the date of the entry of this order. [1]

If Debtor fails to pay timely the filing fee as set forth above, this case may be dismissed.

The Clerk is DIRECTED to serve a copy of this order on Debtor, the Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**

---

[1] For payments by mail, remit using cashier's check, money order, or attorney's check made payable to "Clerk, United States Bankruptcy Court" mailed to United States Bankruptcy Court, 1340 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303.   For payments made by hand delivery to a divisional office in Gainesville, Newnan, or Rome, note that cash is not accepted.   You must remit the fee using cashier's check, money order, or attorney's check.   The Atlanta divisional office will accept these forms of payment, as well as cash.