**IT IS ORDERED as set forth below:**

**Date: December 3, 2020**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| | : | |
| CARMEN RESHUN BANKSTON, | : | 20-71714-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

## ORDER DENYING APPLICATION
## FOR WAIVER OF FILING FEE

Debtor filed an Application for Waiver of Chapter 7 Filing Fee (the "Application") (Doc. No. 5). In a prior order entered November 19, 2020 (Doc. No. 12) (the "Order"), the Court directed Debtor to supplement the Application. The Order also notified Debtor that the failure to comply on or before November 27, 2020, may result in the denial of the Application without further hearing.

Debtor has failed to supplement the Application as requested. In accordance with the

Order,

IT IS HEREBY ORDERED that the Application is **DENIED**; however, to allow Debtor an opportunity to pay the filing fee, it is further

ORDERED that Debtor shall either (1) pay the Chapter 7 filing fee in full within ten (10) days of the date of the entry of this order, or (2) begin making installment payments as follows:

$75.00 on or before 10 days from the date of the entry of this order.

$130.00 on or before 30 days from the date of the entry of this order.

$130.00 on or before 60 days from the date of the entry of this order. [1]

If Debtor fails to pay timely the filing fee as set forth above, this case may be dismissed.

The Clerk is DIRECTED to serve a copy of this order on Debtor, the Chapter 7 Trustee, and the United States Trustee.

**END OF DOCUMENT**

---

[1] For payments by mail, remit using cashier's check, money order, or attorney's check made payable to "Clerk, United States Bankruptcy Court" mailed to United States Bankruptcy Court, 1340 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303.  For payments made by hand delivery to a divisional office in Gainesville, Newnan, or Rome, note that cash is not accepted.  You must remit the fee using cashier's check, money order, or attorney's check.  The Atlanta divisional office will accept these forms of payment, as well as cash.

United States Bankruptcy Court

Northern District of Georgia

In re:  
Carmen Reshun Bankston  
    Debtor(s)

Case No. 20-71714-lrc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: sls      Page 1 of 1  
Date Rcvd: Dec 03, 2020      Form ID: pdf599      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carmen Reshun Bankston, 340 Victoria Lane, Stockbridge, GA 30281-5898 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John Lewis, Jr. | Johnlewistrustee@gmail.com;ecf.alert+Lewis@titlexi.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 2