**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

| | |
|---|---|
| In   Debtor(s)<br>Re:   **Carmen Reshun Bankston** | Case No.: **20−71714−lrc**<br>Chapter: **7** |

# Order Dismissing Case For Failure Of Debtor To Correct Filing Deficiency

The above referenced case was filed on November 13, 2020. An Order was entered by the Court on November 17, 2020 directing the debtor to correct one or more filing deficiencies, and the debtor has failed to comply with the Order, and/or any subsequent order extending the time to cure filing deficiencies. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court by December 23, 2020.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), any Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an Employer Deduction Order.

**SO ORDERED,** on December 9, 2020.

Lisa Ritchey Craig
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Dated: 12/9/20

Form 522

United States Bankruptcy Court

Northern District of Georgia

In re:  
Carmen Reshun Bankston  
    Debtor(s)

Case No. 20-71714-lrc  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: avilesj | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: 522 | Total Noticed: 12 |

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carmen Reshun Bankston, 340 Victoria Lane, Stockbridge, GA 30281-5898 |
| 23303311 | + | AR Resources Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 23303308 | + | Car Max Auto Finance, 225 Chastain Meadows Ct., Kennesaw, GA 30144-5897 |
| 23303306 | + | Franklin Collection SVC, (AT & T), 105 S Front Street, Tupelo, MS 38804-4869 |
| 23299175 | + | Gleaton & Associates, for Terri Gleaton, 5 Gresham Landing, Stockbridge, GA 30281-6341 |
| 23303302 | + | Gleaton & Associates, Incor., for Terri Gleaton, 5 Gresham Landing STE C, Stockbridge, GA 30281-6341 |
| 23303307 | + | Ltd. Acquisition LLC, The Bank of Missouri (Total Visa), 3200 Wilcrest Drive, Houston, TX 77042-6030 |
| 23303305 | + | Wakefiled & Associates, Primary Care Physician, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23303303 | | EDI: DISCOVER.COM | Dec 10 2020 01:23:00 | Discover Financial Svcs., PO Box 15316, Wilmington, DE 19850 |
| 23303309 | + | EDI: IIC9.COM | Dec 10 2020 01:23:00 | IC System, ATT Uverse, PO Box 64378, Saint Paul, MN 55164-0378 |
| 23303310 | + | EDI: IIC9.COM | Dec 10 2020 01:23:00 | IC System, Infinite Energy Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 23303304 | | Email/Text: bankruptcy@nationalcreditsystems.com | Dec 09 2020 20:38:00 | National Credit Systems, PO Box 312125, Atlanta, GA 31131 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23303984 | | National Credit Systems, 09 Clover Ranch Manufactured |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 113E-9 | User: avilesj | Page 2 of 2 |
| Date Rcvd: Dec 09, 2020 | Form ID: 522 | Total Noticed: 12 |

Date: Dec 11, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| John Lewis, Jr. | Johnlewistrustee@gmail.com;ecf.alert+Lewis@titlexi.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 2