# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Carmen Reshun Bankston**
340 Victoria Lane
Stockbridge, GA 30281

**xxx−xx−3734**

Case No.: **20−71714−lrc**
Chapter: **7**
Judge: **Lisa Ritchey Craig**

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE(S)

The above−styled case having been dismissed by Order of the Court, it is **ORDERED** that the estate(s) is closed and the Trustee is discharged from and relieved of the trust.

_____
Lisa Ritchey Craig
United States Bankruptcy Judge

Dated: January 11, 2021

Form 178