## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

February 15, 2021

**Carmen Reshun Bankston**
340 Victoria Lane
Stockbridge, GA 30281

RE:  Chapter:  7 Payment of Filing Fees
       Case No.:  20–71714–lrc

Dear  Carmen Reshun Bankston ,

   A review of the Court's financial records disclosed that there is an outstanding filing fee of $335.00 for the bankruptcy case filed by you on November 13, 2020 . Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

   Please remit the outstanding balance by way of a money order or cashiers check. The payee on the money order or cashiers check is: **Clerk, U.S. Bankruptcy Court**. Do not send cash through the mail, but you may mail a money order or cashiers check to the Clerk. However, you may pay with cash if you elect to appear in person at the Clerk's Office in Atlanta. Failure to pay filing fees results in additional collection proceedings. **Please return payment to:**

U.S. Bankruptcy Court
ATTN: Lynn Saunders
1340 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

   If you have questions, or require additional information, please email GANBFinance@ganb.uscourts.gov .

Sincerely,

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

cc:  Office of the United States Trustee

Form nff