**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

February 15, 2021

**Carmen Reshun Bankston**
340 Victoria Lane
Stockbridge, GA 30281

RE:  Chapter:  7 Payment of Filing Fees
     Case No.: 20−71714−lrc

Dear  Carmen Reshun Bankston ,

   A review of the Court's financial records disclosed that there is an outstanding filing fee of $335.00 for the bankruptcy case filed by you on November 13, 2020 . Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

   Please remit the outstanding balance by way of a money order or cashiers check. The payee on the money order or cashiers check is: **Clerk, U.S. Bankruptcy Court**. Do not send cash through the mail, but you may mail a money order or cashiers check to the Clerk. However, you may pay with cash if you elect to appear in person at the Clerk's Office in Atlanta. Failure to pay filing fees results in additional collection proceedings. **Please return payment to:**

   U.S. Bankruptcy Court
   ATTN: Lynn Saunders
   1340 U.S. Courthouse
   75 Ted Turner Drive, SW
   Atlanta, Georgia 30303

   If you have questions, or require additional information, please email GANBFinance@ganb.uscourts.gov .

Sincerely,

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

cc:  Office of the United States Trustee

Form nff

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 20-71714-lrc |
| Carmen Reshun Bankston | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 16, 2021 | Form ID: nff | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carmen Reshun Bankston, 340 Victoria Lane, Stockbridge, GA 30281-5898 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2021      Signature:      /s/Joseph Speetjens